IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID A. SCHLEMM,

           Plaintiff,

v.

MATTHEW J. FRANK, EDWARD WALL,
and PHIL KINGSTON,

           Defendants.

ORDER

11-cv-272-wmc

---

State inmate David A. Schlemm filed this civil action against prison officials pursuant to 42 U.S.C. § 1983, alleging violations of the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1, and the Free Exercise Clause found in the First Amendment. The defendants have filed a motion for summary judgment and the court has granted Schlemm an extension of time to respond. Noting that there are several impending deadlines in this case, defendants request a stay of the pretrial conference scheduling order until the summary-judgment motion is resolved. So that the issues raised in this case may be properly addressed, the court will grant the defendants' request and stay all upcoming deadlines in the pretrial conference order pending resolution of the summary-judgment motion.

ORDER

IT IS ORDERED that:

1. All remaining deadlines in the pretrial conference order, Dkt. # 10, are STAYED until further notice.

2. If necessary, the court will enter a new scheduling order once the defendants' motion for summary judgment has been decided.

Entered this 26th day of February, 2014.

> BY THE COURT:
>
> /s/
> _____
> WILLIAM M. CONLEY
> District Judge