IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID A. SCHLEMM,

                                             JUDGMENT IN A CIVIL CASE

        Plaintiff,

                                            11-cv-272-wmc

v.

MATTHEW J. FRANK, EDWARD HALL,
PHIL KINGSTON and
JAMES MUENCHOW,

        Defendants.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying leave to proceed and dismissing plaintiff's claims against James Muenchow;

      (2) granting Matthew J. Frank, Edward Hall and Phil Kingston's motion for partial summary judgment for failure to exhaust administrative remedies and dismissing plaintiff's claims concerning his request for weekly or bi-weekly sweat lodge ceremonies, the right to possess and smoke a personal pipe, and the right to wear ribbon shirt or bear-claw jewelry without prejudice for lack of exhaustion; and

(3) granting Matthew J. Frank, Edward Hall and Phil Kingston's motion for summary judgment on the merits of plaintiff's exhausted claims with prejudice and dismissing this case.

| /s/ | 6/10/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |