IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID A. SCHLEMM,

      Plaintiff,

v.     Case No. 11-cv-272-wmc

MATTHEW J. FRANK,
EDWARD WALL, and
PHIL KINGSTON,

      Defendants.

Notice of Appeal

Notice is hereby given that David A. Schlemm, Plaintiff, in the above named case,* hereby appeal to the United States Court of Appeals for the Seventh Circuit (from the final judgment) from an order of Summary Judgment granted in the defendants favor, dismissing the plaintiff's unexhausted claims without prejudice, and dismissing the plaintiff's exhausted claims with prejudice, entered in this action on the 10th day of June, 2014.

Dated at Green Bay, Wisconsin this 9th, day of July, 2014.

_David A. Schlemm_
Petitioner's signature

David A. Schlemm #198339
Green Bay Correctional Institution
P.O. Box 19033
Green Bay, WI 54307-9033

CC: personal file
    Jody J. Schmelzer