IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID A. SCHLEMM,

          Plaintiff,           ORDER

v.

          11-cv-272-wmc

MATTHEW J. FRANK, *et al.*,

          Defendants.

---

On June 10, 2014, judgment was entered in favor of defendants and this case was closed. Plaintiff has now filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee of $505 nor requested leave to proceed without prepaying the appellate docketing fee. For his appeal to proceed, plaintiff must pay the docketing fee or submit a properly supported motion for leave to proceed without prepayment of the appeal fee, together with a certified copy of his inmate trust fund account statement, no later than August 20, 2014.

ORDER

IT IS ORDERED that, no later than August 20, 2014, plaintiff David Schlemm must pay the appellate docketing fee of $505 or submit a motion for leave to proceed without payment of the appeal fee together with a certified copy of his inmate trust fund account statement.

Entered this 28th day of July, 2014.

          BY THE COURT:

          /s/
          PETER OPPENEER
          Magistrate Judge