IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID A. SCHLEMM,

    Plaintiff,

v.

EDWARD WALL,

    Defendant.

AMENDED JUDGMENT IN A
CIVIL CASE

11-cv-272-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1)     In favor of plaintiff David A. Schlemm on his claim that defendant Edward Wall violated his rights under RLUIPA by failing to accommodate his requests for a multi-colored headband, and game meat and fried bread at the annual Ghost Feast.

(2)     The court enters the following permanent injunction:

    (a)     Plaintiff shall be allowed to possess one headband identified as the "Four Directions" headband in the colors of red, yellow, black and white (contained in Dkt. #69, Trial Ex. 536), for use in his cell and at congregate Native American religious services and study groups. The headband may be replaced from time to time. Plaintiff's use of the headband must, however, abide by all other applicable institution policies and procedures. Should plaintiff be found to be using his headband in a manner that violates institution policies or procedures, he may be required to relinquish the headband and dispose of it according to DAI Policy 309.20.03. He must also dispose of the previous turquoise

headband he possesses.

(b) Defendant shall allow an approved Native American spiritual advisor or other approved volunteer to bring traditional foods for the annual Native American Ghost Feast at Green Bay Correctional Institution in sufficient quantity such that plaintiff and every other attending inmate is able to partake of a meaningful amount of traditional foods. The specific amount shall be left up to the discretion of the spiritual advisor or volunteer. The traditional foods should include the spirit foods identified on the current Religious Property Chart, as well as fried bread, if available, which need not be shelf-stable.

(c) If there is no spiritual advisor or volunteer available who can provide the traditional foods for the annual Ghost Feast in sufficient quantity, plaintiff and other interested inmates may order their own meal consistent with the new Religious Diets Program.

(3) This case is dismissed.

Approved as to form this 9th day of November, 2016.

_____
William M. Conley

_____    11/10/16
Peter Oppeneer, Clerk of Court        Date