In The United States District Court
For The Western District of Wisconsin

David A. Schlemm,
    Plaintiff,

v.

Jon E. Litscher,
    Defendant.

Case No. 11-cv-272-WMC
Notice of Appeal

    Notice is hereby given that David A. Schlemm, plaintiff, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit (from the final judgment) from an order of denial to proceed with plaintiff's First Amendment Claims; the denial of Motion to alter or amend the judgment, Motions for Contempt, and motions' for assistance in recruiting Counsel, entered in this action on the 26th day of September, 2017.

Dated at Columbia, Wisconsin this 12th, day of October, 2017.

                                              *David A. Schlemm*
                                              David A. Schlemm
                                              Columbia Corr. Inst.
                                              P.O. Box 900
                                              Portage, WI 53901-0900

CC: File