IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID A. SCHLEMM,

    Plaintiff,

v.                          Case No. 11-cv-272-wmc
                                  Notice of Appeal

JON E. LITSCHER, et al,

    Defendants.

Notice is hereby given that David A. Schlemm, Plaintiff, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit (from the final judgment) from an order of denial of Motion to pursuant to Rule 60 (d)(1)(3) & (b)(6), entered in this action on the 26th day of February, 2020.

Dated at Columbia, Wisconsin this 23rd, day of March, 2020.

                                              *David A. Schlemm* (signature)
                                              David A. Schlemm
                                              Columbia Correctional Inst.
                                              P.O. Box 900
                                              Portage, WI 53901-0900